UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN ANTONIO GAITAN LUNA, Petitioner, v. J. JOHNSON et al., Respondent. | Case No. 5:26-cv-03030-SB-ADS<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition for writ of habeas corpus, all of the records herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 20). No objections were filed and the time to do so has passed.

When no objections are filed, the Court is not required to review the Magistrate Judge's findings and recommendations. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise."); *see also United States v. Ramos*, 65 F.4th 427, 433–34 (9th Cir. 2023) (reaffirming that de novo review is required only as to object-to portions of a report and recommendation). Because no party objected, the Court accepts and adopts the Report and Recommendation without independently reviewing its findings or reasoning.

It is therefore ordered that:

1. The United States Magistrate Judge's Report and Recommendation is accepted, (Dkt. No. 20);

2. The Petition is granted; and

3. Respondents must immediately release Petitioner Bryan Antonio Gaitan Luna (A#246-397-215) from immigration custody.

Judgment will be entered separately.

DATED: October 7, 2026

Stanley Blumenfeld Jr.
United States District Judge