JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BRYAN ANTONIO GAITAN LUNA,

Petitioner,

v.

J. JOHNSON et al.,

Respondent.

Case No. 5:26-cv-03030-SB-ADS

FINAL JUDGMENT

Pursuant to the order accepting findings, conclusions and recommendations of the United States Magistrate Judge, the petition is granted.

Dated: October 7, 2026

Stanley Blumenfeld, Jr.
United States District Judge